UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPINE AND NEUROSURGERY INSTITUTE,<br><br>Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE & CO., et al.,<br><br>Defendants. | Case No. 19-cv-03552-PJH<br><br>**ORDER DENYING REQUEST TO CONTINUE HEARING ON DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Re: Dkt. No. 27 |

The court is in receipt of the parties "Stipulation and Request to Continue Hearing on Defendants' Motion for Judgment on the Pleadings" asking that the court continue hearing on defendants' motion for judgment on the pleadings to January 8, 2020. Dkt. 27.

The court DENIES the parties' request. Hearing on the above referenced motion remains set for December 18, 2019. The court further reminds the parties of its order directing preparation for argument on remand for lack of federal jurisdiction. Dkt. 26.

**IT IS SO ORDERED.**

Dated: December 13, 2019

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge